IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| THOMAS ALAN GRIFFIN, | * |
| Plaintiff, | * |
| v. | Case No. 5:25-cv-00027-MTT |
| | * |
| SHERIFF BRAD FREEMAN, et al, | |
| | * |
| Defendants. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated February 27, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 28th day of February, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk